IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Cooper,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Window Rock Unified School District,<br><br>　　　　　Defendant. | **NO. CV-20-08346-PCT-DJH**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 10, 2023, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 10, 2023

　　　　　　　　　　　　　　　　　　s/ Wendy Poth
　　　　　　　　　　　　　　By　　Deputy Clerk